BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** AT&T Inc. Cellular Customer Data Security Breach Litigation | MDL Docket No. 3124 |

### ERRATA

Plaintiff Tina Powell hereby provides notification of the following corrections to Dkt. No. 23-2 (Proof of Service), pursuant to the Clerk's instructions:

• Amended Proof of Service (Dkt. No 23-2).

Dated:  August 19, 2024                                   Respectfully submitted,

/s/ *William Audet*
William M. Audet
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 568-2555
Fax: (415) 568-2556
waudet@audetlaw.com

*Attorney for Plaintiff Tina Powell*