## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** AT&T Inc. Cellular Customer Data Security Breach Litigation | MDL Docket No. 3124 |

## <u>AMENDED PROOF OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related

Action, Schedule of Action, and Amended Proof of Service were served upon all counsel of

record by CM/ECF system and also by email on the following:

**Defendant:**
AT&T Inc.
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW, Ste. 1100
Washington, D.C. 20036
Tel: (202) 861-1530
Fax: (202) 861-1783
Email: gketeltas@bakerlaw.com


Dated:  August 19, 2024                              Respectfully submitted,

                                                                      /s/ *William Audet*
                                                                      William M. Audet
                                                                      **AUDET & PARTNERS, LLP**
                                                                      711 Van Ness Avenue, Suite 500
                                                                      San Francisco, CA 94102
                                                                      Tel: (415) 568-2555
                                                                      Fax: (415) 568-2556
                                                                      waudet@audetlaw.com

                                                                      *Attorney for Plaintiff Tina Powell*