BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** AT&T Inc. Cellular Customer Data Security Breach Litigation | MDL Docket No. 3124 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Errata and Amended Proof of Service were served upon all counsel of record by CM/ECF system and also by email on the following:

**Defendant:**
AT&T Inc.
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW, Ste. 1100
Washington, D.C. 20036
Tel: (202) 861-1530
Fax: (202) 861-1783
Email: gketeltas@bakerlaw.com

Dated:  August 19, 2024

Respectfully submitted,

/s/ *William Audet*
William M. Audet
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 568-2555
Fax: (415) 568-2556
waudet@audetlaw.com

*Attorney for Plaintiff Tina Powell*